THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2ⁿᵈ FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for William Tranquilli

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TRANQUILLI, | Case No.  1:08-CV-1845-LJO-SMS |
| Plaintiff, | ORDER DISMISSING COLBURN R. THOMASON and VALDENE THOMASON |
| v. | |
| BJ's KOUNTRY KITCHEN, INC., COLBURN R. THOMASON, VALDENE THOMASON, PROSPERITY PROPERTIES, LLC, | |
| Defendants. | |
| _____/ | |

Pursuant to the Notice of Voluntary Dismissal of Colburn R. Thomason and Valdene Thomason, filed pursuant to FRCP 41,

It is HEREBY ORDERED that Colburn R. Thomason and Valdene Thomason are dismissed from this Action without prejudice.

IT IS SO ORDERED.

Dated:   **December 16, 2008**              **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE

1:08-CV-1845-LJO-SMS                          1