UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TRANQUILLI,<br><br>          Plaintiff,<br>  vs.<br><br>BJ'S KOUNTRY KITCHEN, INC,<br>and PROSPERITY PROPERTIES<br>TLC, LLC,<br><br>          Defendants.<br>_____/ | CASE NO. CV F 08-1845 LJO SMS<br><br>**ORDER AFTER SETTLEMENT** |

The parties filed a Notice of Settlement indicating that settlement has been reached in this case (Doc. 14). Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than March 31, 2009,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters, including the March 11, 2009 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated: March 11, 2009**     /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE