THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for William Tranquilli

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TRANQUILLI, | Case No. 1:08-CV-1845-LJO-SMS |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| BJ's KOUNTRY KITCHEN, INC., PROSPERITY PROPERTIES TLC, LLC, | |
| Defendants. _____/ | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Date: March 17, 2009              Date: March 18, 2009

Wesley J. Hammond,                S/Thomas N. Stewart, III
Attorney for Defendants           Attorney for Plaintiff

## ORDER

Pursuant to the parties' stipulation, this action is dismissed with prejudice.  The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   March 19, 2009**                             /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE